UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH WILEY | CIVIL ACTION |
| VERSUS | NO. 06-3512 |
| GOV. K. BLANCO ET AL. | SECTION "A" (2) |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's claim for failure to protect is hereby **DISMISSED WITHOUT PREJUDICE** due to his failure to exhaust his administrative remedies;

**IT IS FURTHER ORDERED** that the remainder of plaintiff's claims are **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

June 14, 2007

_____
UNITED STATES DISTRICT JUDGE